**Entered on Docket
July 16, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: July 13, 2018

**HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge**



Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel (415) 616-0466
Fax (415) 398-2820
sfinestone@fhlawllp.com

Attorneys for Creditor
Investors Funding Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>TIMOTHY JAMES NEHER<br><br>Debtor. | 17-31070<br><br>Chapter 13<br><br>**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**<br><br>No Hearing Scheduled |

      Having reviewed the Request for Entry of Order Granting Relief from the Automatic Stay (the "Request") filed by Investors Funding Corporation ("IFC"), and good cause appearing;

      **IT IS ORDERED** that:

      1.    IFC is granted relief from the automatic stay, including, to the extent applicable, the co-debtor stay, to pursue its state law rights and remedies with respect to the real property commonly known as 411 Hobron Lane, Ap. 3204, Honolulu, HI 96815 (the "Property"), including to obtain possession of the Property;

      2.    The 14-day stay provided for in Bankruptcy Rule 4001(a)(3) is hereby waived, such that this Order is effective upon its entry.

** END OF ORDER **

Order for Relief