

1  JaVonne M. Phillips, Esq. SBN 187474
2  Jennifer C. Wong, Esq. SBN 246725
   **McCarthy & Holthus, LLP**
3  411 Ivy Street
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4811
   jwong@mccarthyholthus.com
6
7  Attorneys for
8  Wilmington Savings Fund Society, FSB, d/b/a
   Christiana Trust, not individually but as trustee
9  for Pretium Mortgage Acquisition Trust, its
   assignees and/or successors, by and through its
10 servicing agent Selene Finance LP

Signed and Filed: March 14, 2019

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Timothy James Neher aka Timothy Neher aka Timothy J Neher,<br><br>    Debtor. | ) Case No. 17-31070 HLB<br>)<br>) Chapter 13<br>)<br>) RS No. JCW-11124<br>)<br>)<br>) **ORDER ON MOTION FOR RELIEF**<br>) **FROM AUTOMATIC STAY**<br>)<br>) Date: 03/13/2019<br>) Time: 1:00PM<br>) Ctrm: 19<br>) Place: 450 Golden Gate Ave<br>)        San Francisco, CA<br>)<br>)<br>) Judge: Hannah L. Blumenstiel<br>)<br>) |

The motion of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its assignees and/or successors, by and through its servicing agent Selene Finance LP ("Movant") for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Hannah L. Blumenstiel. Movant appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by Nancy Lee, Esq.. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as Lot 6 Maple Ridge, Cathlamet, WA 98612.

IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS FURTHER ORDERED that the co-debtor stay of 11 U.S.C. §1201(a) or §1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

**\*\* END OF ORDER \*\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 3 | NONE |