

Signed and Filed: May 17, 2019

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

MELISSA A. VERMILLION
State Bar No. 241354
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(626) 915-0289 - Fax
File No. 7568629
ndcaecf@BDFGroup.com

Attorney for Movant
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>TIMOTHY JAMES NEHER,<br> AKA TIMOTHY NEHER,<br> AKA TIMOTHY J. NEHER,<br><br>          Debtor(s). | CASE NO.:   17-31070-HLB<br>CHAPTER:    13<br>R.S. NO.:    EAT-1940<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>ORG. DATE:  June 7, 2018<br>TIME:       01:00 p.m.<br>PLACE:      U.S. Bankruptcy Court<br>            Courtroom 19, 16th Floor<br>            450 Golden Gate Ave<br>            San Francisco, CA 94102 |

The Court having considered the Declaration Re Failure to Cure Post-Petition Default Pursuant to Terms of Order Granting Stipulation Re: Adequate Protection Payments filed on May 16, 2019, as Document No. 101, and good cause appearing therefore:

IT IS ORDERED, ADJUDGED AND DECREED that the automatic stay imposed by *11 U.S.C. § 362(a)* shall be and is hereby terminated as to WELLS FARGO BANK, N.A. ("Movant"), its successors and assigns, thereby permitting enforcement of its contractual default remedies against the security described in that certain Deed of Trust recorded on August 6, 1999, as Instrument No. 1999-

13360, in the Office of the County Recorder of San Mateo, State of California, including that certain real property commonly known as **14 CORAL LN., FOSTER CITY, CA 94404** and legally described as follows:

```
PARCEL ONE:

LOT 15, AS DESIGNATED ON THE MAP ENTITLED "TRACT 90-83 BEING A SUBDIVISION OF
PARCEL P OF TRACT 846 RECORDED IN VOLUME 68 OF SUBDIVISION MAPS AT PAGE 1 IN THE
SAN MATEO COUNTY OPEN RECORDS", WHICH MAP WAS FILED IN THE OFFICE OF THE
RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON APRIL 14, 1986 IN
BOOK 114 OF MAPS AT PAGES 60 AND 61.

PARCEL TWO:

RIGHTS OF USE AND ENJOYMENT OVER THE COMMON AREA (LOT A AS DESIGNATED ON THE
ABOVE MENTIONED MAP) AS SET FORTH IN MARTINIQUE HOMES ENABLING DECLARATION DATED
AUGUST 12, 1986 AND RECORDED AUGUST 29, 1986 AS INSTRUMENT NO. 86105529 OFFICIAL
RECORDS OF SAN MATEO COUNTY, CALIFORNIA.

PARCEL THREE:

AN EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AND USE AND ENJOYMENT PURPOSES OVER
A PORTION OF LOT 14, AS SHOWN ON THAT CERTAIN MAP ENTITLED "TRACT 90-83, BEING A
SUBDIVISION OF PARCEL P OF TRACT 846 RECORDED IN VOLUME 68 OF SUBDIVISION MAPS
AT PAGE 1, IN THE SAN MATEO COUNTY RECORDS, FOSTER CITY, SAN MATEO COUNTY,
CALIFORNIA," WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE SAN MATEO
COUNTY RECORDS, APRIL 14, 1986 IN VOLUME 114, OF MAPS AT PAGES 60-61, INCLUSIVE,
SAID EASEMENT BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THE MOST WESTERLY FIVE FEET (5.00 FEET) OF SAID LOT 14.

ASSESSOR'S PARCEL NO. 094-614-290      JOINT PLANT NO. 114-060-000-0015T
```

ORDERED, ADJUDGED AND DECREED the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim within thirty days for any deficiency.

ORDERED, ADJUDGED AND DECREED that the terms of this Order shall be deemed effective and enforceable immediately upon its entry with no stay on its enforcement as prescribed by *Rule 4001(a)(3)* of the *Federal Rules of Bankruptcy Procedure*.

ORDERED, ADJUDGED AND DECREED that the terms of this Order shall be binding and effective notwithstanding any conversion of this case to a case under any Chapter of *Title 11* of the *United States Code*.

**END OF ORDER**

**COURT SERVICE LIST**

None