Entered on Docket
June 07, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707)544-5500 FAX(707)544-0475
```

Signed and Filed: June 7, 2019

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

**In re:**

TIMOTHY JAMES NEHER

Debtor(s)

Case No.: 17-31070 HLB

Chapter 13

## ORDER OF DISMISSAL

Per the Stipulation re: Trustee's Motion to Dismiss Case Post-Confirmation, filed on May 6, 2019, Debtor was to resolve Trustees objection to modification and pay $4,500 to be current under the proposed modification on or before May 30, 2019. Debtor's failure to comply with the stipulation could result in the Debtor's case being dismissed.

Debtor did not comply with this stipulation. A Declaration of David Burchard, Chapter 13 Trustee, Regarding Debtor's Failure to Comply with Stipulation re: Trustee's Motion to Dismiss Case Post-Confirmation was filed on June 6, 2019.

Upon consideration of the Trustee's Motion to Dismiss and the Stipulation entered into by the parties, and proof having been given to the satisfaction of the Court that said motion and hearing thereon was duly served upon the Debtor and Debtor's counsel, and the allegations of the Trustee's motion having been found to be true; and good cause appearing:

IT IS NOW ORDERED that the Debtor's proceedings herein be dismissed, and that any restraining orders heretofore entered in these proceedings are vacated. The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the Court.

**\*END OF ORDER\*\***

**COURT SERVICE LIST**

TIMOTHY JAMES NEHER

14 CORAL LANE

FOSTER CITY, CA 94404